Date signed May 24, 2006



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| NAVEED A. KHAN | : | Case No. 06-10475PM |
| | : | Chapter 13 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| TIMOTHY P. BRANIGAN, TRUSTEE | : | |
| | : | |
| Apellant | : | |
| vs. | : | |
| | : | |
| NAVEED A. KHAN | : | |
| | : | |
| Appellee | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

**CERTIFICATION OF BANKRUPTCY COURT
REGARDING INTERLOCUTORY APPEAL**

Pursuant to Local Rule 404.5 of the United States District Court for the District of Maryland, it is, by the United States Bankruptcy Court for the District of Maryland,

CERTIFIED as to the Interlocutory Appeal filed by Timothy P. Branigan, Chapter 13 Trustee, that in the opinion of this court:

1. The interlocutory Order involves a controlling question of law;

2. There is less than substantial ground for difference of opinion as to this court's ruling from which an appeal is sought to be taken, as evidenced by the opposition of the United States Trustee to the Motion to Dismiss the case; and

   3.  This immediate appeal will not materially advance the ultimate termination of this case.

cc:
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
John L. Daugherty, Esq., Asst. U.S., 6305 Ivy Lane, #600, Greenbelt  MD  20770
W. Clarkson McDow, Jr., Esq. U.S. Trustee, 1815 Assembly Street, #953, Columbia SC 29201
Edward Hanlon, Esq., 5510 Cherrywood Lane, #G, Greenbelt, MD 20770

**End of Certification**